# United States District Court

WESTERN DISTRICT OF WASHINGTON

TRICIA J. STRONG

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5694RBL/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

| | |
|---|---|
|   November 24, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |